**Eugene A. MCKAMEY, Plaintiff— Appellant,**

v.

**HENRICO COUNTY PUBLIC SCHOOLS, Defendant— Appellee.**

No. 08–1205.

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2008.

Decided: May 28, 2008.

Eugene A. McKamey, Appellant Pro Se. M. Janet Palmer, Wendell Charles Roberts, Joseph Thomas Tokarz, II, Office of the County Attorney, Richmond, Virginia, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene A. McKamey appeals the magistrate judge's * order granting Defendant's summary judgment motion on his race, color and gender discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 (2000), and his state slander causes of action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McKamey v. Henrico County Pub. Sch.,* No. 3:07–cv–00391–DWD, 2008 WL 276407 (E.D. Va. Jan. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* The parties consented to the jurisdiction of the magistrate judge in accordance with 28 U.S.C. § 636(c) (2000).